UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:08cr00024 |
| | ) | |
| ROBIN MARIE DAVIS, | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Robin Marie Davis, defendant number 43 in the above named case hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on the 20th day of August 2009.

                                                                                        **ROBIN MARIE DAVIS**
                                                                                        **BY COUNSEL-**

Henry S. Keuling-Stout
Keuling-Stout, P.C.
125 Clinton Avenue East
P.O. Box 400
Big Stone Gap, Virginia 24219
VSB #15289
Tel:   276-523-1676
Fax:   276-523-1608
By: /s/Henry S. Keuling-Stout

## CERTIFICATE OF SERVICE

    I, Henry S. Keuling-Stout, do hereby certify that I electronically filed this

Notice of Appeal using the CM/ECF system which will send notification of such filing to Zachary T. Lee, Assistant United States Attorney for the Western District of Virginia, by electronic mailing to Abingdon.notices@usdoj.gov, on this the 27th day of August, 2009, and to:

Anthony Franklin Anderson, Esq.
Paul Graham Beers, Esq.
Rena Gladys Berry, Esq.
Charles L. Bledsoe, Esq.
Daniel Robert Bieger, Esq.
Karen Kay Bishop, Esq.
Michael Alan Bishop, Esq.
William Elbert Bradshaw, Esq.
Michael Allen Bragg, Esq.
I.D. Walton Caudill, Esq.
Mark Wayne Claytor, Esq.
William Harrison Cleveland, Esq.
David Joseph Damico, Esq.
Michael Lee Dennis, Esq.
Michelle C.F. Derrico, Esq.
Robert B. Dickert, Esq.
Jeffrey L. Dorsey, Esq.
Malcolm M. Doubles, Esq.
Paul Anthony Dull, Esq.
Daniel W. Fast, Esq.
Eric P. Frith, Esq.
Robert M. Galumbeck, Esq.
John Gregory, Jr., Esq.
Terry Neill Grimes, Esq.
Lance Mitchell Hale, Esq.
John Thadieu Harris, III, Esq.
Raphael B. Hartley, III, Esq.
Melvin L. Hill, Esq.
Neil A. Horn, Esq.
Wayne D. Inge, Esq.
Dennis Eugene Jones, Esq.
Gregory M. Kallen, Esq.
William Hitchcock Lindsey, Esq.

Timothy Worth McAfee, Esq.
Norman Delton McKellar, Esq.
Rhonda Lee Overstreet, Esq.
James Thomas Oxendine, Esq.
Joseph Graham Painter, Jr., Esq.
Stuart J. Pearson, Esq.
Charles Gregory Phillips, Esq.
Helen Eckert Phillips, Esq.
Robert Frank Rider, Esq.
Andrew Scott Roskind, Esq.
Thomas Ralph Scott, Jr., Esq.
David L. Scyphers, Esq.
Jay Hanson Steele, Esq.
Gregory Michael Stewart, Esq.
James Clinton Turk, Jr., Esq.
George I. Vogel, III, Esq.
Melvin E. Williams, Esq.
Stephen Robert Wills, Esq.
Thomas E. Wray, Esq.

/s/Henry S. Keuling-Stout

C:\Documents and Settings\Henry Keuling-Stout\My Documents\Robin Davis.Notice of Appeal.wpd