# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case No. 1:08CR00024-043 |
| v. | ) | **OPINION AND ORDER** |
| **ROBIN MARIE DAVIS,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

*Jennifer R. Bockhorst, Assistant United States Attorney, Abingdon, Virginia, for United States; Nancy Dickenson-Vicars, Assistant Federal Public Defender, Abingdon, Virginia, for Defendant.*

The defendant has filed a motion to reduce sentence pursuant to the First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5220 (2018) ("FSA"), which made retroactive certain provisions of the Fair Sentencing Act of 2010, Pub. L. No. 111-220, § 2, 124 Stat. 2372, 2372 (2010).

The defendant was sentenced to 20 years of imprisonment in 2009. Her sentence was commuted by President Obama in 2017 and she was released to a term of supervised release of 10 years in January of 2019. She is now seeking a reduction of her term of supervised release under the FSA to eight years. The United States agrees that she is entitled to such relief.

Accordingly, it appearing proper, it is **ORDERED** that Defendant's Motion to Reduce Term of Supervised Release Pursuant to the First Step Act of 2018, ECF No. 3758, is GRANTED. It is further **ORDERED** that defendant Robin Marie Davis' term of supervised release is reduced to eight years. No other change is made to her sentence.

The Clerk shall provide a copy of this Order to the Probation Office of this Court.

ENTER: December 10, 2019

/s/ *JAMES P. JONES*
United States District Judge